UNITED STATES DISTRICT COURT
                                    DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

           vs.              :     Crim. No. 09-718 (JLL)

JAMES P. KING              :

## ORDER MODIFYING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is modified to include the following additional conditions:

(1) The defendant shall surrender all firearms, firearm identifications and/or firearm permits; and

(2) The defendant shall not obtain any new firearms and/or apply for any new firearm identifications or firearm permits;

IT IS FURTHER ORDERED that all other conditions of the pretrial release imposed pursuant to the Order of the Honorable Madeline Cox Arleo, Magistrate Judge, on July 23, 2009, shall remain in place.

                                    _____
                                    HONORABLE JOSE L. LINARES
                                    United States District Judge

Dated: September 25, 2009