Abrams & Wofsy, Esqs.
255 Newark Avenue
Jersey City, New Jersey 07302
(201) 659-5500

UNITED STATES DISRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :

            vs.               :

JAMES P. KING,    :

        Defendant.    :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

        Crim. No. 09-00718-001 (JLL)

        O R D E R

This matter being opened to the Court by Abrams & Wofsy, Esqs., attorneys for

defendant, James P. King, Arthur J. Abrams, Esq. appearing, in the presence of the United States

Attorney for the District of New Jersey, Assistant United States Attorney Maureen Nakly

appearing, for an Order immediately discharging real property located at 3047 Kennedy

Boulevard, Jersey City, New Jersey 07306 as surety for defendant James P. King so that the

property can be sold free and clear of the Government's lien and then substituting real property at

67 Hobart Avenue, Rutherford, New Jersey 07070 as surety on or before February 8, 2010 and

the United States Attorney consenting thereto.

        IT IS ON THIS         day of January, 2010

        ORDERED that the real property located at 3047 Kennedy Boulevard, Jersey City, New

Jersey 07306 be and is hereby discharged as surety for the defendant and

        IT IS FURTHER ORDERED that defendant James P. King execute any and all

documents with the Clerk of the United States District Court for the District of New Jersey to

substitute real property located at 67 Hobart Avenue, Rutherford, New Jersey 07070 as surety on

or before February 8, 2010.

_____
HON. JOSE L. LINARES
United States District Judge

I hereby consent to the form
and entry of this Order.

_____
Maureen Nakly, Assistant United States Attorney