Abrams & Wofsy, Esqs.
255 Newark Avenue
Jersey City, New Jersey 07302
(201) 659-5500

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 09-00718-001 (JLL) |
| | : | |
| JAMES P. KING | : | CONSENT ORDER |
| | : | |
| Defendant. | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . .

This matter being opened to the Court by Abrams & Wofsy, Esqs., attorneys for defendant, James P. King, Arthur J. Abrams Esq., appearing, in the presence of the United States Attorney's Office, Maureen Nakly, Assistant United States Attorney, appearing, for an Order staying the within matter, including sentencing, until the appeal in *United States v. Manzo and Manzo*, Crim, No. 09-759 and Appeal No. 10-2489, is resolved and the United States Attorney having no objection, and good cause being shown .

IT IS on this 7th day of June , 2010

ORDERED that the matter of United States v. James P. King, Crim. No. 09-00718–001 (JLL), including the sentencing procedure, be and is hereby stayed and held in abeyance until the appeal in *United States v. Manzo and Manzo*, Crim. No. 09-759 and Appeal No. 10-2489, is resolved.

_____
Honorable Jose L. Linares, U.S.D.J.